David M. Goodrich
  dgoodrich@wgllp.com
650 Town Center Drive. Suite 600
Costa Mesa, CA 92626
Telephone: (714) 966-1000

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>OS SUSNET, LLC<br><br>       Debtor. | Case No.  2:20-bk-16399-BR<br><br>Chapter 7<br><br>**MOTION FOR ORDER AUTHORIZING EXAMINATION AND PRODUCTION OF DOCUMENTS FROM DANNY SIAG; MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION OF DAVID GOODRICH IN SUPPORT THEREOF**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE; DANNY SIAG, THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTOR AND DEBTOR'S COUNSEL; AND PARTIES IN INTEREST:**

David M. Goodrich, the duly appointed, qualified and acting Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of OS Susnet, LLC. ("Debtor") files this *Motion for Order Authorizing Examination and Production of Documents from Danny Siag Pursuant to Local Bankruptcy Rule 2004* ("Motion").  In support of the Motion, the Trustee submits the Declaration of David M. Goodrich ("Goodrich Dec.").

## I.    **INTRODUCTION**

The Trustee seeks an order requiring Danny Siag ("Siag") to appear for examination on October 5, 2020, commencing at 10:00 a.m. by Zoom, and compelling Siag to produce all documents requested in Exhibit "A", attached hereto, by October 2, 2020, to be received by 5:00 p.m. at Weiland Golden Goodrich LLP at 650 Town Center Drive, Suite 600, Costa Mesa, CA 92626.

The purpose of the examination is to investigate the liens recorded by Mega Holding Group, LLC ("Mega"), OSB Investment, LLC ("OSB"), and The Blvd. Agency, Inc ("TBA") against real property located 12125 West Sunset Blvd., Los Angeles, California 90049 ("Property"). The Property is property of the Estate and the Trustee is investigating the equity, if any, in the Property. The liens of Mega, OSB and TBA are disputed by the Debtor. *See* Docket No. 12, Schedule D. The Debtor's agent testified at the Debtor's §341(a) meeting that the Debtor does not have records confirming receipt of any loans from Mega, OSB or TBA or any payments made by these entities to third parties on the Debtor's behalf. *See* Goodrich Dec.

The requested examination and production of documents will allow the Trustee to investigate and determine the validity of the liens asserted against the Property in furtherance of his fiduciary duties to creditors of the Estate.

## II.    **STATEMENT OF FACTS**

On July 15, 2020, (the "Petition Date"), OS Susnet, LLC, filed a voluntary petition under chapter 7 of the Bankruptcy Code. *See* Docket No. 1. David M. Goodrich was thereafter appointed chapter 7 trustee. *See* Docket No. 3.

On July 28, 2020, the Debtor filed its schedules and statement of financial affairs. *See* Docket No. 12.  In its Schedule A/B, the Debtor list real property located at 12125 West Sunset Blvd., Los Angeles, California 90049 ("Property"). *Id.*, Schedule A/B.  According to the Schedule A/B the Debtor valued the Property at $6,850,000.00. The Debtor's Schedule D list debt against the Property at $6,294,921.73. *Id.*, Schedule D. The Trustee's agent testified at the Debtor's §341(a) meeting that the Debtor does not have records confirming receipt of any loans from Mega,

2

1    OSB or TBA or any payments made by these entities to third parties on the Debtor's behalf.  *See*

2    Goodrich Dec.

3

4    **III.    NO RELEVANT ADVERSARY PROCEEDING PENDING**

5         There is no relevant adversary proceeding currently pending in this case.  The Trustee

6    seeks to examine Siag and to obtain production of documents pursuant to Federal Rule of

7    Bankruptcy Procedure ("FRBP") 2004, not pursuant to FRBP 7030, which incorporates Federal

8    Rule of Civil Procedure 30, or FRBP 9014.

9

10   **IV.    MEET AND CONFER REQUIRED BY LOCAL BANKRUPTCY RULE 2004-1(A)**

11

12        Pursuant to Local Rule 2004-1(a), the Trustee attempted to confer with Siag regarding the

13   subject matter of this Motion by correspondence and email seeking a mutually agreeable time and

14   date for the 2004 examination, but has not received a response.  *See* **Exhibits 1** and **2** and the

15   Goodrich Dec.  The attempts to meet and confer satisfy the requirements of Local Bankruptcy

16   Rule 2004-1(a).

17

18   **V.    MEMORANDUM OF POINTS AND AUTHORITIES**

19        **A.    The Court Should Authorize the 2004 Examination of Siag**

20        FRBP 2004(a) provides that the Court may order the examination of any entity on

21   application of any party.  The scope of the Bankruptcy Rule 2004 examination is deliberately

22   broad:

23             The investigation of an examiner in bankruptcy, unlike civil
              discovery under Rule 26(c), is supposed to be a "fishing expedition,"
24             as exploratory and groping as appears proper to the examiner
              [citations omitted].  Because the purpose of the 2004 investigation is
25             to aid in the discovery of assets, any third party who can be shown
              to have a relationship with the debtor can be subject to the 2004
26             investigation.

27   *In re Ionosphere Clubs, Inc.,* 156 B.R. 414, 432 (Bankr. S.D.N.Y. 1993); *In re Valley Forge Plaza*

28   *Associates,* 109 B.R. 669, 674 (Bankr. E.D. Pa. 1990).

3

1       The standard for an FRBP 2004 examination is a showing that the examination "might"

2 reasonably lead to information relevant to the financial condition of the debtor or the

3 administration of the debtor's estate.

4               However, the breadth of scope of a Rule 2004 Examination derives
from the particular purpose for which Rule 2004 and its predecessor

5               provisions under the Bankruptcy Act were promulgated.  That is to
allow a trustee, or others interested in accomplishing the same ends,

6               to discover and investigate how to bring to light possession of assets
of the debtor which **might** be intentionally concealed or overlooked

7               in ignorance or haste.  [Emphasis added.]

8 *Valley Forge,* 109 B.R. at 674.

9               Good cause is established if one seeking the Rule 2004 Examination
has shown that such an examination is reasonably necessary for the

10               protection of its legitimate interest.

11 *In re Hammond,* 140 B.R. 197, 201 (Bankr. S.D. Ohio 1982).

12       Here, the Trustee believes sufficient grounds exist to authorize a 2004 examination of Siag.

13 Specifically, Siag may have information and documents relating to the liens recorded by Mega,

14 OSB, and TBA against the Property.  Absent a thorough examination of Siag, and the documents

15 within his possession, one cannot "gain a clear picture of the condition and whereabouts of the

16 [Debtor's] estate." *In re Lang*, 107 B.R. 130, 132 (Bankr. N.D. Ohio 1989).  Hence, sufficient

17 grounds exist to authorize the 2004 examination of Siag.

18

19 **VI.**    **CONCLUSION**

20       For the foregoing reasons, Trustee respectfully requests that the Court enter an order:

21     1.    Granting this Motion;

22     2.    Requiring Danny Siag to appear for examination by Zoom on October 5, 2020 at

23 10:00 a.m.;

24     3.    Requiring that the documents listed on Exhibit "A" attached hereto be produced at

25 Weiland Golden Goodrich LLP, on October 2, 2020, no later than 5:00 p.m.; and

26     4.    For such other and further relief as the Court may deem just and proper.

27 Dated: September 9, 2020          By:    /s/ David M. Goodrich
                                David M. Goodrich, Chapter 7 Trustee

28

## DECLARATION OF DAVID M. GOODRICH[1]

I, David M. Goodrich, declare as follows:

1.      I am the duly appointed chapter 7 trustee (the "Trustee").  I know each of the following facts to be true of my own personal knowledge, except as otherwise stated and, if called as a witness, I could and would competently testify with respect thereto.

2.      There is no relevant adversary proceeding currently pending in this case between Trustee and the Danny Siag.  I would like to examine Danny Siag and to obtain production of documents pursuant to FRBP 2004, not pursuant to FRBP 7030 or FRBP 9014.

3.      According to the records on the California Secretary of State's website, Danny Siag is the Agent for Service of Process for Mega, OSB, and TBA.

4.      Pursuant to Local Rule 2004-1(a), I attempted to confer with Mr. Siag regarding the subject matter of the Motion by email seeking a mutually agreeable time and date for the 2004 examination.  Attached hereto as **Exhibits 1** and **2** are true and correct copies of the correspondence I sent to Mr. Siag.

5.      As of the date of the filing this Motion, I have not received a response from Mr. Siag to my correspondence.

6.      I would like to examine Mr. Siag regarding the liens recorded by Mega, OSB and TBA against the Property.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of September 2020, at Costa Mesa, California.


/s/ David M. Goodrich
David M. Goodrich

---

[1] Capitalized terms in this declaration have the same meaning as capitalized terms in the Motion.

**EXHIBIT "A"**

**DOCUMENT REQUESTS**

1.    **DEFINITIONS**

(a)    "Debtor" shall mean and refer to OS Susnet, LLC, the debtor in Case No. 2:20-bk-16399-BR, a chapter 7 case currently pending in the United States Bankruptcy Court for the Central District of California, Los Angeles Division.

(b)    "Document" or "Documents" means any document, including, but not limited to, any kind of printed, recorded, written, graphic, photographic, magnetic, or electronic matter (including, without limitation, tape recordings and material for computer use), however printed, produced, or reproduced, coded or stored, of any kind or description, whether sent or received or not, including all originals, copies, reproductions, facsimiles, drafts, and both sides thereof, and including, without limitation:  papers, books, accounts, letters, models, photographs, correspondence, telegrams, telex messages, memoranda, notes, notations, work papers, time sheets, work sheets, receipts or invoices for goods or materials, routing slips, shipping orders, intra and interoffice communications, intra and interdepartmental communications, transcripts, minutes, agenda, reports, notes or recordings of telephone or other conversations, or of interviews, or of conferences, affidavits, drawings, sketches, blueprints, statements, summaries, opinions, evaluations, contracts, invoices, purchase orders, requisitions, notebooks, entries, ledgers, journals, books or records of accounts, questionnaires, answers to questionnaires, petitions, desk calendars, appointment books, diaries, policy statements, manuals, rules, regulations, guidelines, newspaper stories, computer tapes and disks, magnetic tapes, punch cards, computer printouts, microfilm, microfiche, and material underlying, supporting or used in the preparation of any such documents and any similar material.

(c)    "Person" means an individual, partnership, corporation, or any other entity.

(d)    "You" or "Your" shall mean and refer to Danny Siag, and any other pseudonym including but not limited to Danny Siag, and where appropriate, his representatives, agents, attorneys, and any other person or entity acting or purporting to act on his behalf.

6

1    (e)    "Electronically Stored Information" or "ESI" shall mean and refer to information

2    stored in an electronic or digital medium, recording or representation of information or other

3    information retrieval systems, as defined in California Code of Civil Procedure § 2016.020(e),

4    whether or not in hard copy form, including but not limited to, tape recordings, computer tapes,

5    video tapes, films and photographs, computer disks and any draft, carbon, photographic or

6    computer copy of any such material, the content of which differs in any respect from the original,

7    together with instructions and other materials necessary to use or interpret such data compilations.

8    Information produced in response to a request for Electronically Stored Information or ESI is to be

9    produced in the form or forms in which it is ordinarily maintained.

10    (f)    "Mega" shall mean and refer to Mega Holding Group, LLC, and any other

11    pseudonym including but not limited to Mega, and where appropriate, its representatives, agents,

12    attorneys, and any other person or entity acting or purporting to act on its behalf.

13    (g)    "OSB" shall mean and refer to OSB Investment, LLC, and any other pseudonym

14    including but not limited to OSB, and where appropriate, its representatives, agents, attorneys, and

15    any other person or entity acting or purporting to act on its behalf.

16    (h)    "TBA" shall mean and refer to The Blvd. Agency, Inc, and any other pseudonym

17    including but not limited to TBA, and where appropriate, its representatives, agents, attorneys, and

18    any other person or entity acting or purporting to act on its behalf.

19    **2.    <u>INSTRUCTIONS</u>**

20    (a)    If in Your response to a request You decline or fail to produce any item based upon

21    a claim of privilege, state with respect to each such document:

22    (1)    The title or the nature of the Document (e.g., letter, memorandum, telegram,

23    etc.);

24    (2)    The date and number of pages of the Document, and any attachments or

25    appendages to the Document;

26    (3)    The identity of the persons or persons who drafted, composed and/or

27    originated the Document;

28

7

(4)    The identity of the person or persons, if any, to whom the original and each copy of the Document was sent, distributed, shown or displayed;

(5)    The contents of the item in sufficient detail to enable the Court and Trustee to ascertain whether the Document is privileged; and

(6)    The name and address of each person who presently has custody of the original or copy of the item.

(b)    If any Document falling in the category of the Documents called for by a request has been destroyed or discarded, state with respect to each such item the information requested by subparagraphs (1)-(6) of subparagraph (a) above and, in addition, supply the following information:

(1)    The date on which the item was destroyed or discarded, the manner in which it was destroyed or discarded, and the reason it was destroyed or discarded;

(2)    The identity of the person or persons who authorized and/or carried out the destruction or discarding of the item.

(c)    Different versions of the same Documents, handwritten notes, or notations in any form, draft documents, and documents with handwritten notations or marks not found in the original or on other copies are considered to be different documents for the purpose of production in compliance with these requests, and each form should be produced separately.

(d)    All Documents and things produced in response to these requests shall be produced in to notwithstanding the fact that portions thereof may contain information not requested.

(e)    All Documents and things produced in response to these requests shall be produced along with any and/or all attachments and/or enclosures as have ever been attached to and/or enclosed with the document at any time.

(f)    If any of these Documents cannot be produced in full, produce them to the fullest extent possible, specifying clearly the reasons for the inability to produce the remainder and stating whatever information, knowledge, or belief You have concerning the unproduced portion.

(g)    These requests are specifically intended to include, but not be limited to, any and/or all Documents and things in Your possession, custody, or control, or in the possession, custody, or

8

control of any of Your attorneys, accountants, bankers, brokers, employees, agents, subsidiaries, affiliates, and representatives (including the personal files of all the aforementioned), wherever such documents are located, both within and outside the United States.

(h)  If a Document is called for by more than one paragraph of this request, produce the item only once.

(i)  When items are produced in response to a request, indicate to which paragraph or paragraphs the item responds.

(j)  All singular nouns or pronouns include the plural and the plural includes the singular.  Any pronoun includes the masculine, feminine and neuter genders, as it is in each case appropriate.

(k)  The words "and" and "or" shall be each construed both conjunctively and disjunctively and each shall include the other.

(l)  These requests shall be deemed continuing and You shall promptly supply, by way of supplemental responses, any and all Documents or things that may come into existence which are additionally responsive or necessary to maintain the accuracy of the responses previously served.

## **REQUEST FOR DOCUMENTS**

**REQUEST FOR PRODUCTION NO. 1**:

Any and all Documents, including ESI, in Your possession, custody or control concerning or related to any and all loans made by Mega to the Debtor.

**REQUEST FOR PRODUCTION NO. 2**:

Any and all correspondence, including ESI, in Your possession, custody or control concerning or related to any and all loans made by Mega to the Debtor.

**REQUEST FOR PRODUCTION NO. 3**:

Any and all Documents, including ESI, in Your possession, custody or control concerning or related to any and all loans made by OSB to the Debtor.

**REQUEST FOR PRODUCTION NO. 4**:

Any and all correspondence, including ESI, in Your possession, custody or control concerning or related to any and all loans made by OSB to the Debtor.

**REQUEST FOR PRODUCTION NO. 5**:

Any and all Documents, including ESI, in Your possession, custody or control concerning or related to any and all loans made by TBA to the Debtor.

**REQUEST FOR PRODUCTION NO. 6**:

Any and all correspondence, including ESI, in Your possession, custody or control concerning or related to any and all loans made by TBA to the Debtor.

# EXHIBIT 1

**David M. Goodrich, Trustee**
**650 Town Center Drive, Suite 600**
**Costa Mesa, CA  92626**
**Telephone:  (714) 966-1000**

August 14, 2020

VIA REGULAR MAIL
Mega Holding Group, LLC
c/o Danny Siag
8950 W. Olympic Blvd., #528
Beverly Hills, CA 90211

OSB Investment, LLC
c/o Danny Siag
8950 W. Olympic Blvd., #528
Beverly Hills, CA 90211

The Blvd. Agency, Inc.
c/o Danny Siag
8950 W. Olympic Blvd., #528
Beverly Hills, CA 90211

Re:   OS Susnet, LLC
      Case No.: 2:20-16399 BR

Dear Mr. Siag:

OS Susnet, LLC ("OSS") filed a chapter 7 petition for bankruptcy on July 15, 2020.
Enclosed is the Notice of Chapter 7 Bankruptcy Case. I am the chapter 7 trustee appointed to the
OSS bankruptcy estate.

According to OSS, Mega Holding Group, LLC ("Mega"), OSB Investment, LLC
("OSB") and The Blvd. Agency, Inc. ("TBA") claim to hold liens against real property located at
12125 West Sunset Blvd., Los Angeles, CA 90049 ("Property"). Enclosed is a copy of OSS's
Schedule D which reflects OSS's understanding of the secured debt asserted against the
Property. According to OSS, it does not have record of the receipt of any money for the debts
purportedly secured by the apparent liens of Mega, OSB, and TBA.

I intend to market the Property for sale. I would like to review all documents that you
have evidencing the basis for the Mega, OSB and TBA liens so that I can estimate the net
proceeds to the bankruptcy estate from a sale. I would also like to verify the debt and the
authority granted by OSS for these liens.

Please note the bankruptcy estate may seek an avoidance of each lien and a disallowance of any claim Mega, OSB and TBA may have if Mega, OSB and TBA were never granted authority to record a lien. Further, a lien asserted against real property without any validity constitutes defamation of title – an actionable tort under California law.

It is my preference to avoid litigation. If, however, I do not receive any response to this letter by August 30, 2020, I will retain legal counsel and prepare for litigation.

I look forward to hearing from you.

Very truly yours,

David M. Goodrich
Chapter 7 Trustee

Enclosure

**Information to identify the case:**

| | |
|---|---|
| Debtor | |
| **OS Susnet, LLC** <br> Name | EIN  **82-3910993** |
| United States Bankruptcy Court  **Central District of California** | Date case filed for chapter  **7**   7/15/20 |
| Case number:  **2:20-bk-16399-BR** | |

## Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline       12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

Do not file this notice with any proof of claim or other filing in the case.

| | | |
|---|---|---|
| **1. Debtor's full name** | OS Susnet, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 8950 W Olympic Blvd. #528 <br> Beverly Hills, CA 90210 | |
| **4. Debtor's attorney** <br> Name and address | Eric Bensamochan <br> 30851 Agoura Road <br> Ste 114 <br> Agoura Hills, CA 91301 | Contact phone 818-574-5740 <br> Email _____ |
| **5. Bankruptcy trustee** <br> Name and address | David M Goodrich (TR) <br> 650 Town Center Drive, Suite 600 <br> Costa Mesa, CA 92626 | Contact phone 714-966-1000 <br> Email _____ |
| **6. Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 255 East Temple Street, <br> Los Angeles, CA 90012 | Hours open: <br> 9:00AM to 4:00 PM <br><br> Contact phone 855-460-9641 <br><br> Dated: 7/16/20 |
| **7. Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath by the trustee and by creditors. Creditors may attend, but are not required to do so. | August 12, 2020 at 09:00 AM <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location: <br><br> **TELEPHONIC MEETING, FOR INSTRUCTIONS, CONTACT THE TRUSTEE** |
| **8. Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

3/

**For more information, see page 2 >**

Debtor  **OS Susnet, LLC**                                                    Case number **2-20-bk-16399-BR**

| | |
|---|---|
| **9.  Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| **11. Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

**For more information, see page 1 >**

**Fill in this information to identify the case:**

Debtor name ___OS Susnet, LLC___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) ___2:20-bk-16399-BR___

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

　☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

　☑ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Cohen Financial**<br>Creditor's Name<br><br>4601 College Blvd., Suite 300<br>Leawood, KS 66211<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>03/07/2018<br>Last 4 digits of account number<br>3604<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Cohen Financial<br>2. Ezra Ozeri<br>3. OSB Investment, LLC<br>4. The Blvd. Agency, Inc.<br>5. Mega Holding Group, LLC | Describe debtor's property that is subject to a lien<br>**Single Family Residence**<br>**12125 West Sunset Blvd., Los Angeles, CA 90049**<br><br>Describe the lien<br>**Deed of Trust**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,780,000.00 | $6,850,000.00 |
| **2.2** **Ezra Ozeri**<br>Creditor's Name<br><br>23042 Park Sorrento<br>Calabasas, CA 91302<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>02/28/2018 | Describe debtor's property that is subject to a lien<br>**Single Family Residence**<br>**12125 West Sunset Blvd., Los Angeles, CA 90049**<br><br>Describe the lien<br>**Deed of Trust**<br>Is the creditor an insider or related party?<br>☐ No<br>☑ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $775,000.00 | $6,850,000.00 |

Official Form 206D　　Schedule D: Creditors Who Have Claims Secured by Property　　page 1 of 3

| Debtor | OS Susnet, LLC | | Case number (if known) | 2:20-bk-16399-BR |
|---|---|---|---|---|

Name

**Last 4 digits of account number**
**OS Susnet, LLC**

Do multiple creditors have an interest in the same property?
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | $1,000,000.00 | $6,850,000.00 |
|---|---|---|---|---|

**2.3** | **Mega Holding Group, LLC**
Creditor's Name

**8950 W Olympic Blvd. # 528**
**Beverly Hills, CA 90211**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**02/14/2020**
**Last 4 digits of account number**
**OS Susnet LLC**
Do multiple creditors have an interest in the same property?
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**Single Family Residence**
**12125 West Sunset Blvd., Los Angeles, CA 90049**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
☐ No
■ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| | | | $477,361.73 | $6,850,000.00 |
|---|---|---|---|---|

**2.4** | **OSB Investment, LLC**
Creditor's Name

**8950 W Olympic Blvd., #528**
**Beverly Hills, CA 90210**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**03/01/2018**
**Last 4 digits of account number**
**OS Sunset, LLC**
Do multiple creditors have an interest in the same property?
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**Single Family Residence**
**12125 West Sunset Blvd., Los Angeles, CA 90049**

Describe the lien
**Line of Credit**
Is the creditor an insider or related party?
☐ No
■ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| | | | $262,560.00 | $6,850,000.00 |
|---|---|---|---|---|

**2.5** | **The Blvd. Agency, Inc.**
Creditor's Name

**8950 W. Olympic Blvd. # 528**
**Beverly Hills, CA 90210**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Single Family Residence**
**12125 West Sunset Blvd., Los Angeles, CA 90049**

Describe the lien

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | OS Susnet, LLC | | Case number (if known) | 2:20-bk-16399-BR |
|---|---|---|---|---|
| | Name | | | |

**Line of Credit**
Is the creditor an insider or related party?

☐ No

Creditor's email address, if known

■ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No

**03/01/2018**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**OS Sunset, LLC**

Do multiple creditors have an
interest in the same property?

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$6,294,921.73

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Danny Siag<br>Agent for Service of Process<br>8950 W Olympic Blvd. # 528<br>Beverly Hills, CA 90211 | Line 2.4 | |
| Danny Siag - Manager and<br>Agent for Service of Process<br>8950 W Olympic Blvd. # 528<br>Beverly Hills, CA 90211 | Line 2.5 | |
| Danny Siag - Manager and<br>Agent for Service of Process<br>8950 W Olympic Blvd. # 528<br>Beverly Hills, CA 90211 | Line 2.3 | |
| Quality Loan Service Corpoaration<br>2763 Camino Del Rio South<br>San Diego, CA 92108 | Line 2.1 | 51NJ |

---

**EXHIBIT 2**

| | |
|---|---|
| **From:** | David M. Goodrich |
| **To:** | danny@twgroupinc.net |
| **Cc:** | Lorraine Robles |
| **Subject:** | OS Susnet |
| **Date:** | Tuesday, September 1, 2020 12:56:06 PM |
| **Attachments:** | OS Susnet letter to Danny Siag 8.14.2020.PDF |

Hello Mr. Siag:

Attached is a letter that I sent to you on August 14, 2020.  Unfortunately, I have not received a response to my letter.

I would like to meet and confer with you regarding a Federal Rule of Bankruptcy Procedure 2004 examination of you.  Under the bankruptcy court's local rules, we need to meet and confer to discuss an acceptable date and time for your examination.  Please note I plan to conduct your examination before a court reporter through Zoom.

Please contact me by September 8, 2020 to discuss your examination.  I look forward to hearing from you.

Cordially,

David M. Goodrich
**Weiland Golden Goodrich LLP**
650 Town Center Dr., Suite 600
Costa Mesa, CA 92626
Tele: (714) 966-1000

<u>PROOF OF SERVICE OF DOCUMENT</u>

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 600, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*: MOTION FOR ORDER AUTHORIZING EXAMINATION AND PRODUCTION OF DOCUMENTS FROM DANNY SIAG; MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATION OF DAVID GOODRICH IN SUPPORT THEREOF will be served or was served (a) on The judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 9, 2020,   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Eric Bensamochan    eric@eblawfirm.us, G63723@notify.cincompass.com
- David M Goodrich (TR)    dgoodrich@wgllp.com, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@wgllp.com
- Kelly M Kaufmann    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

2. <u>SERVED BY UNITED STATES MAIL</u>:
On September 9, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

SEE ATTACHED

3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>
(state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 9, 2020 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Danny Siag**
danny@twgroupinc.net

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 9, 2020 | Lorraine L. Robles | */s/ Lorraine L. Robles* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

## SERVICE LIST

Mega Holding Group, LLC
c/o Danning Siag
8950 W. Olympic Blvd., #528
Beverly Hills, CA 90211

OSB Investment, LLC
c/o Danning Siag
8950 W. Olympic Blvd, #528
Beverly Hills, CA 90211

The Blvd. Agency, Inc
c/o Danning Siag
8950 W. Olympic Blvd, #528
Beverly Hills, CA 90211