David M. Goodrich
    *dgoodrich@wgllp.com*
650 Town Center Drive. Suite 600
Costa Mesa, CA 92626
Telephone: (714) 966-1000

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>OS SUSNET LLC,<br><br>            Debtor. | Case No. 2:20-bk-16399-BR<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 FILED BY U.S. BANK TRUST, N.A.; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF DAVID M. GOODRICH IN SUPPORT THEREOF**<br><br>DATE:    October 13, 2020<br>TIME:    2:00 p.m.<br>PLACE:  Courtroom 1668<br>                255 E. Temple Street<br>                Los Angeles, California 90012 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTOR AND ITS COUNSEL OF RECORD, IF ANY, MOVANT COHEN FINANCIAL, N.A., AND ALL PARTIES ENTITLED TO NOTICE:**

    David M. Goodrich, the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of OS Susnet, LLC, (the "Debtor"), files this Opposition (the "Opposition") to the Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362 (the "Motion") filed

by Cohen Financial, as servicing agent for Toorak Capital Partners, LLC (the "Movant"). In support of the Opposition, the Trustee submits the following memorandum of points and authorities and the Declaration of David M. Goodrich (the "Goodrich Dec.").

In accordance with Local Bankruptcy Rule 9013-1(g), any reply to this Opposition must be filed with the Court and served no later than seven (7) days prior to the hearing date.

**I.      PERTINENT BACKGROUND FACTS**

On July 15, 2020, the Debtor filed a voluntary petition for relief under Chapter 7. *See* Docket No. 1.  On the same day, the Trustee was appointed as Chapter 7 trustee and he continues to act in that capacity.  *See* Docket No. 3.

The Debtor holds an interest in real property located at 12125 West Sunset Boulevard, Los Angeles, California 90049 ("Property").  *See* Exhibit A, Schedule A/B. The Debtor alleges the aggregate secured debt owed on the Property is $6,294,921.73. *See* Exhibit A, Schedule D.  The Debtor also claims the secured claims of Mega Holding Group, LLC ("Mega") in the amount of $1,000,000, OSB Investment, LLC ("OSB") in the amount of $477,361.73, and The Blvd. Agency, Inc. ("Agency") in the amount of $262,560, are "disputed."  *Id.*  At the original §341(a) meeting of creditors, the Debtor's agent testified the claims of Mega, OSB and Agency were listed as disputed because they are not supported in the Debtor's books and records as loans made to or for the benefit of the Debtor.  *See* Goodrich Dec.

The Trustee is investigating the claims of the Debtor's agent that the liens of Mega, OSB and Agency are not supported by an underlying debt. On September 11, 2020, the Court granted the Trustee's Motion for 2004 Examination of Danny Siag, the agent for Mega, OSB and Agency.  *See* Docket No. 19.  The Trustee has provided notice to Mr. Siag of his 2004 examination and the exam is scheduled for October 5, 2020. *Id.*

The Motion seeks relief under 11 U.S.C. § 362(d)(2).  *See* Docket No. 21.  The Motion is based upon the premise that the liens of Mega, OSB and Agency are valid.  *Id.* The Movant also values the Property at $6,850,000.  *Id.*

## II. ARGUMENT

### A. The Burden of Proof

The Movant seeks relief from the automatic stay under 11 U.S.C. § 362(d)(2). While the party opposing stay relief has the ultimate burden of persuasion on all issues except the existence of equity, the moving party has the "initial burden of production or going forward with evidence to establish that a *prima facie* case for stay relief exists, before the respondent is obligated to come forward with its proof." *In re Kowalsky*, 235 B.R. 590, 594 (Bankr. E.D. Tex. 1999); *see also In re Plumberex Specialty Products, Inc.*, 311 B.R. 551, 557 (Bankr. C.D. Cal. 2004). If the moving party fails to establish a *prima facie* case, then the motion must be denied. *See id.* at 1016 ("[T]he motion must be denied if the moving creditor fails to make a prima facie case for relief from stay, and the burden of proof set forth in section 362(g) plays no role."); *see also Plumberex*, 311 B.R. at 557 ("If the movant fails to meet its initial burden to demonstrate cause, relief from the automatic stay should be denied."). To establish a *prima facie* case the creditor "must demonstrate a factual and legal right to the relief that it seeks." *See In re Elmira Litho, Inc.*, 174 B.R. 892, 902 (Bankr. S.D.N.Y. 1994); *see also Plumberex*, 311 B.R. at 557 n.11.

As is discussed below, the Movant has not met its initial burden of proof that there is no equity in the Property and the Motion should be denied.

### B. The Property Has Significant Equity and Can be Liquidated for the Benefit of Creditors

Section 362(d)(2) provides that the court shall grant relief from the automatic stay, "if—(A) the debtor does not have equity in such property; and (B) such property is not necessary to an effective reorganization." 11 U.S.C. §§ 362(d)(2)(A) and (B).

At this juncture, if it difficult to determine if there is equity in the Property. If the liens of Mega, OSB and Agency are invalid, and accepting the valuation of the Movant, there is approximately $973,961.47 of equity in the Property. It is noteworthy that the

1 | Property may be sold free and clear of the liens of Mega, OSB and Agency if there is a
2 | bona fide dispute regarding the validity of the liens. 11 U.S.C. §363(f)(4).
3 |      Based upon the above assumptions, admissions and evidence, there may be
4 | more than 14.3% of equity in the Property.  More importantly, Movant's lien is senior to
5 | the disputed liens and protected by an equity cushion of $1,748,961.47 (approximately
6 | 25.5%).  Hence, Movant's interest is more than adequately protected.
7 |      Movant cannot meet its burden of proving that no equity in the Property exists and,
8 | therefore, Movant is not entitled to relief under § 362(d)(2).  *See* 3 COLLIER ON
9 | BANKRUPTCY ¶ 362.07[4] ("Both elements of the test must be met: there must be no
10 | equity and the property must be necessary for effective reorganization.").   As such, the
11 | Motion should be denied.
12 | **III.     CONCLUSION**
13 |      For the foregoing reasons, the Trustee respectfully request that the Court deny the
14 | Motion.
15 | DATED:  September 17, 2020             /s/ David M. Goodrich
16 |                                                                        David M. Goodrich
                                                                             Chapter 7 Trustee

## DECLARATION OF DAVID M. GOODRICH

I, David M. Goodrich, declare:

1. I am the duly appointed, qualified and acting Chapter 7 Trustee of the bankruptcy estate ("Estate") of the debtor OS Susnet, LLC ("Debtor").

2. I am an individual over the age of eighteen, and I am the duly appointed, qualified and acting Chapter 7 trustee of the bankruptcy estate of the Debtor.

3. Unless otherwise stated, the facts set forth in this declaration are personally known to me and if called as a witness, I could and would competently testify thereto.

4. On July 15, 2020, the Debtor filed a voluntary petition for relief under Chapter 7. *See* Docket No. 1. On the same day, the Trustee was appointed as Chapter 7 trustee and he continues to act in that capacity. *See* Docket No. 3.

5. Attached hereto as Exhibit A is a true and correct copy of the Debtor's Schedule A/B and D.

6. I conducted the Debtor's original §341(a) meeting of creditors. At the original §341(a) meeting of creditors, the Debtor's agent testified the claims of Mega, OSB and Agency were listed as disputed because they are not supported in the Debtor's books and records as loans made to or for the benefit of the Debtor.

7. I am investigating the claims of the Debtor's agent that the liens of Mega, OSB and Agency are not supported by an underlying debt.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of September 2020, at Dove Canyon, California.

*/s/ David M. Goodrich*
David M. Goodrich
Chapter 7 Trustee

1

# EXHIBIT A

**Fill in this information to identify the case:**

Debtor name: OS Susnet, LLC

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): 2:20-bk-16399-BR

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — **Current value of debtor's interest**

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | One West Bank with account ending in 1032 | Checking | 1032 | $5,406.31 |

4. Other cash equivalents *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Post-petition withdrawal in favor of The Blvd. Agency, Inc. | $10,000.00 |

5. **Total of Part 1.** — **$15,406.31**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

    ☒ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    OS Susnet, LLC    Case number (If known) 2:20-bk-16399-BR
         Name

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Single Family Residence<br>12125 West Sunset Blvd., Los Angeles, CA 90049 | Fee simple | $0.00 | Expert | $6,850,000.00 |

**56. Total of Part 9.**    $6,850,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 2
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **OS Susnet, LLC**　　　　　　　　　　　　　　　　　　　　　Case number *(If known)* **2:20-bk-16399-BR**
　　　　　　Name

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
　　　■ No
　　　☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

### Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

　　■ No. Go to Part 11.
　　☐ Yes Fill in the information below.

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
　　Include all interests in executory contracts and unexpired leases not previously reported on this form.

　　■ No. Go to Part 12.
　　☐ Yes Fill in the information below.

| Debtor | OS Susnet, LLC | Case number (If known) | 2:20-bk-16399-BR |
|---|---|---|---|
| | Name | | |

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $15,406.31 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. **Real property.** Copy line 56, Part 9.....................> | | $6,850,000.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $15,406.31 | + 91b. $6,850,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,865,406.31 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | OS Susnet, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | 2:20-bk-16399-BR |

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property         12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 **Cohen Financial** *Creditor's Name*<br>4601 College Blvd., Suite 300<br>Leawood, KS 66211<br>*Creditor's mailing address*<br><br>*Creditor's email address, if known*<br><br>Date debt was incurred<br>**03/07/2018**<br>Last 4 digits of account number **3604**<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Cohen Financial<br>2. Ezra Ozeri<br>3. OSB Investment, LLC<br>4. The Blvd. Agency, Inc.<br>5. Mega Holding Group, LLC | Describe debtor's property that is subject to a lien<br>**Single Family Residence 12125 West Sunset Blvd., Los Angeles, CA 90049**<br><br>Describe the lien<br>**Deed of Trust**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,780,000.00 | $6,850,000.00 |
| 2.2 **Ezra Ozeri** *Creditor's Name*<br>23042 Park Sorrento<br>Calabasas, CA 91302<br>*Creditor's mailing address*<br><br>*Creditor's email address, if known*<br><br>Date debt was incurred<br>**02/28/2018** | Describe debtor's property that is subject to a lien<br>**Single Family Residence 12125 West Sunset Blvd., Los Angeles, CA 90049**<br><br>Describe the lien<br>**Deed of Trust**<br>Is the creditor an insider or related party?<br>☐ No<br>■ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $775,000.00 | $6,850,000.00 |

Official Form 206D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | OS Susnet, LLC | Case number (if known) | 2:20-bk-16399-BR |
|---|---|---|---|

**Last 4 digits of account number**
OS Susnet, LLC

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3**  **Mega Holding Group, LLC**
Creditor's Name

8950 W Olympic Blvd. # 528
Beverly Hills, CA 90211
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
02/14/2020
**Last 4 digits of account number**
OS Susnet LLC

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

Describe debtor's property that is subject to a lien
**Single Family Residence**
**12125 West Sunset Blvd., Los Angeles, CA 90049**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
☐ No
■ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$1,000,000.00    $6,850,000.00

---

**2.4**  **OSB Investment, LLC**
Creditor's Name

8950 W Olympic Blvd., #528
Beverly Hills, CA 90210
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
03/01/2018
**Last 4 digits of account number**
OS Sunset, LLC

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

Describe debtor's property that is subject to a lien
**Single Family Residence**
**12125 West Sunset Blvd., Los Angeles, CA 90049**

Describe the lien
**Line of Credit**

Is the creditor an insider or related party?
☐ No
■ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$477,361.73    $6,850,000.00

---

**2.5**  **The Blvd. Agency, Inc.**
Creditor's Name

8950 W. Olympic Blvd. # 528
Beverly Hills, CA 90210
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Single Family Residence**
**12125 West Sunset Blvd., Los Angeles, CA 90049**

Describe the lien

$262,560.00    $6,850,000.00

---

| Debtor | OS Susnet, LLC | Case number (if known) | 2:20-bk-16399-BR |
|---|---|---|---|
| | Name | | |

**Line of Credit**

Is the creditor an insider or related party?
☐ No
■ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
03/01/2018

Last 4 digits of account number
OS Sunset, LLC

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $6,294,921.73

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Danny Siag<br>Agent for Service of Process<br>8950 W Olympic Blvd. # 528<br>Beverly Hills, CA 90211 | Line 2.4 | |
| Danny Siag - Manager and<br>Agent for Service of Process<br>8950 W Olympic Blvd. # 528<br>Beverly Hills, CA 90211 | Line 2.5 | |
| Danny Siag - Manager and<br>Agent for Service of Process<br>8950 W Olympic Blvd. # 528<br>Beverly Hills, CA 90211 | Line 2.3 | |
| Quality Loan Service Corpoaration<br>2763 Camino Del Rio South<br>San Diego, CA 92108 | Line 2.1 | 51NJ |

PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 600, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*; **CHAPTER 7 TRUSTEE'S OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 FILED BY U.S. BANK TRUST, N.A.; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF DAVID M. GOODRICH IN SUPPORT THEREOF**) will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 17, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Eric Bensamochan    eric@eblawfirm.us, G63723@notify.cincompass.com
- David M Goodrich (TR)    dgoodrich@wgllp.com, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@wgllp.com
- Kelly M Kaufmann    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- JaVonne M Phillips    bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

2. <u>SERVED BY UNITED STATES MAIL</u>:
On September 17, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

See attached

3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 9, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 17, 2020 | Lorraine L. Robles | */s/ Lorraine L. Robles* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

2

**ADDITIONAL SERVICE INFORMATION**

OTHER LIEN HOLDERS

Ezra Ozeri
23042 Park Sorrento
Calabasas, CA 91302

Mega Holding Group, LLC
8950 W Olympic Blvd #528
Beverly Hills, CA 90211

OSB Investment, LLC
8950 W Olympic Blvd., #528
Beverly Hills, CA 90210

The Blvd. Agency, Inc.
8950 W. Olympic Blvd. # 528
Beverly Hills, CA 90210

3