Bryan K. Theis, Esq., State Bar No. 209068
Theis Law Group
533 Second Street Suite 400
Encinitas CA 92024
Tel: (213) 261-4240
Fax: (213) 995-9830
Email: bryan@theislaw.com

Attorney for Board of Managers of Debtor OS Susnet LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>OS SUSNET, LLC,<br><br>Debtor. | Case No.: 2:20-bk-16399-BR<br><br>MOTION OF REAL PARTY IN INTEREST BOARD OF MANAGERS OF DEBTOR OS SUSNET LLC TO SUBSTITUTE COUNSEL IN FAVOR OF BAHRAM MADAEN, ESQ.; OR ALTERNATIVELY, TO SPECIALLY SET HEARING DATE AND CONTINUE MOTION FOR RELIEF FROM STAY<br><br>Documents submitted herewith:<br>(1) Declaration of Danny Siag in Support;<br>(2) Declaration of Bryan Theis in Support;<br>(3) Declaration of Bahram Madaen in Support<br><br>Hearing Date: TBD<br>Time: TBD<br>Ctrm: 1668 (255 E. Temple St.) |

    Danny Siag and Osnath Siag (hereinafter "Managers") submit this emergency motion to the Court for an order substituting Bahram Madaen, Esq. as counsel for debtor OS Susnet LLC ("Debtor"). Managers are the board of managers of OS Susnet LLC, and are thus the real party in interest with regard to Debtor. Managers respectfully request that the Court consider the application as soon as possible, or in the alternative, that the Court specially set a hearing date on the motion and continue the motion for relief (which is presently scheduled for October 15, 2020) in order to give Debtor time to respond.

1

**Motion of Board of Managers to Substitute Counsel;** *In Re Os Susnet LLC*

Case 2:20-bk-16399-BR    Doc 27    Filed 09/24/20    Entered 09/24/20 11:54:32    Desc
Main Document    Page 2 of 6

Managers submit the Declaration of Danny Siag, Bryan Theis, and Bahram Madaen concurrently herewith; as well as Exhibits A, B, and C.

1. **Background Facts.**

Danny Siag and Osnath Siag ("Managers") are the managers of Debtor. (Declaration of Danny Siag, herewith, at ¶3.) Debtor owns a one asset, a large single family residence valued at approximately $6 million. (*Id.* at ¶4.)

On July 15, 2020, Mr. Ezra Ozeri, a member of Debtor, filed this instant bankruptcy case. Mr. Ozeri falsely claims to be a manager of Debtor. Ozeri has hired Attorney Eric Bensamochan, ostensibly on behalf of Debtor. (*Id.* at ¶¶ 7, 8.)

However, during the course of this bankruptcy case, Mr. Bensamochan has refused to follow the legitimate instructions of Managers, which he is required to do pursuant to the operating agreement for Debtor (explained below). In particular, Mr. Bensamochan and Mr. Ozeri refuse to bring a motion to convert this instant case to Chapter 11.

On September 11, 2020, Managers' attorney wrote a letter to Mr. Bensamochan, instructing him as to the true facts and circumstances as to the Board of Managers and the operating agreement for Debtor. A copy of said letter, including attachments, is submitted herewith as Exhibit B. (See Declaration of Bryan Theis, herewith at ¶¶ 4-5, Exhibits B, C.) The letter relieved Bensamochan of his services and directed him to cease and desist any further actions that purport to be on behalf of Debtor. Finally, the letter demanded that Bensamochan sign a substitution of counsel document that would substitute attorney Bahram Madaen in his place. (*Id.*) Mr. Bensamochan refused (see below and Exhibit C hereto).

On September 15, 2020, Mr. Bensamochan filed an emergency motion to "ratify" the bankruptcy filing. On September 17, this Court denied that motion. (See dkt # 23, 25.)

On October 13, 2020, this Court is scheduled to hear the motion for relief from stay of creditor Toorak Capital Partners, LLC (the "Motion for Relief"). If the Motion for Relief is granted, Debtor's only asset will be subject to an immediate foreclosure sale. (Siag Decl. at ¶9.)

///

**Motion of Board of Managers to Substitute Counsel;** *In Re Os Susnet LLC*

**2. Good Cause to File This Emergency Motion.**

There is good cause to file this instant motion on an emergency basis. On September 17, 2020, attorney Eric Bensamochan refused to step down as counsel for Debtor, despite being presented with evidence (in the form of the September 11, 2020 letter and attachments, Exhibit B) establishing that Managers are properly the only persons with executive control over Debtor. Attorney Bensamochan has stated that he is following the instructions of Ozeri only. (See Exhibit C hereto.)

If this motion to substitute counsel is heard on regular notice, the Motion for Relief will be heard on October 13 prior to the motion to substitute. And if the Motion for Relief is granted, Debtor will almost certainly lose its sole asset. (Siag Decl. at ¶9.)

If for any reason this Court will not hear this Emergency Motion on an expedited basis, Managers respectfully request that the Court set a hearing date thereon, and continue the Motion for Relief until a date that is subsequent thereto.

**3. Managers, not Ezra Ozeri, Have Sole Executive Control of Debtor.**

Managers Danny Siag and Osnath Siag are the only managers of debtor OS Susnet LLC. (See the operating agreement for Debtor, attached as Exhibit A, hereinafter the "Agreement," at p.15.) Debtor is manager-managed. (Agreement at ¶ 4.1 A; Siag Decl. at ¶3.)

Pursuant to California Corps.C. § 17704.07 (c)(1), the managers are the only persons with executive control over a limited liability company. "[A]ny matter relating to the activities of the [manager-managed] limited liability company is decided exclusively by the managers." (Corps. C. §17704.07 (c)(1).) The Agreement itself confirms this arrangement, and specifies that control over the affairs of OS Susnet is vested solely in the Board of Managers, which consists solely of Mr. and Ms. Siag. (Agreement at ¶ 4.1 A; Siag Decl. at ¶3.) Mr. Siag has the authorization of co-manager Osnath Siag to speak and act on her behalf with regard to Debtor. (Siag Decl. at ¶14.)

Mr. Ezra Ozeri is a fifty percent (50%) owner of Debtor. He has never been a manager of Debtor. (See Agreement, p.15, and Declaration of Danny Siag at ¶6.) Any representations to the contrary are false.

**4. Managers Have Terminated Attorney Bensamochan and Have Directed Him to Cease Purporting to Act On Behalf of Debtor, But He Has Refused to Comply.**

As explained above, on September 11, 2020, Managers sent a letter to attorney Bensamochan explaining the true facts as to the Board of Managers. The letter (Exhibit B hereto) explained that Managers are the sole managers of Debtor and have true executive control thereof. The letter also advised Bensamochan that his services are terminated, and demanded that he sign a substitution of attorney document in favor of new proposed counsel Bahram Madaen. (See Exhibit B hereto.)

On September 15, 2020, attorney Bensamochan responded by email, advising that Mr. Ozeri has instructed him not to sign the substitution of attorney document. (Exhibit C.) Thus, attorney Bensamochan has made clear that he does not actually serve Debtor; rather, he is acting solely at the direction of Mr. Ozeri in an effort to wrest control away from Managers.

**5. Proposed Attorney Bahram Madaen Is Suitable To Serve As Debtors' Counsel.**

Proposed attorney Bahram Madaen is duly admitted to practice before the United States Bankruptcy Court for the Central District of California. (Declaration of Bahram Madaen herewith, at ¶3.)

Mr. Madaen will accept the substitution and will serve Debtor on behalf of all of its members. He will act at the direction of Debtor's Board of Managers, Danny Siag and Osnath Siag. (*Id.* at ¶4.)

**6. Managers Will File a Motion to Convert This Case to Chapter 11 Forthwith.**

Managers intend to file a motion to convert this instant bankruptcy case to Chapter 11. Said motion is necessary in order to reorganize the loans on Debtor's property. Debtor will demonstrate that the property is amenable to Chapter 11 and that the projected income is sufficient to pay all expenses and debts.

///

### 7. **Managers Will Fully Cooperate With the Trustee and Demonstrate That All Liens and Claims on the Subject Property Are Legitimate.**

Managers have received a notice of deposition as to Mr. Siag. Managers will fully cooperate with the trustee assigned to this case, including answering questions at the forthcoming 2004 examination.

Managers will demonstrate that all liens and claims on Debtor's property are legitimate and supported by documentation.

### 8. **Conclusion.**

For the reasons set forth herein, Managers now request that this Court issue an order substituting attorney Bahram Madaen as the sole attorney for Debtor herein, and relieving Eric Bensamochan of any duties forthwith.

DATED this 23rd day of September, 2020.

> THEIS LAW GROUP, PC
> By: /s/ Bryan K. Theis
> Bryan K. Theis, Esq. for Managers

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
533 Second Street Suite 400, Encinitas CA 92024

A true and correct copy of the foregoing document entitled (*specify*): MOTION OF REAL PARTY IN INTEREST BOARD OF MANAGERS OF DEBTOR OS SUSNET LLC TO SUBSTITUTE COUNSEL IN FAVOR OF BAHRAM MADAEN, ESQ.; OR ALTERNATIVELY, TO SPECIALLY SET HEARING DATE AND CONTINUE MOTION FOR RELIEF FROM STAY, In Re OS Susnet, CACB Case No. 2:20-bk-16399-BR _____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **9/24/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

OS Susnet LLC, c/o Eric Bensamochan, Esq., eric@eblawfirm.us
Toorak Capital Partners, LLC, c/o Javonne M. Phillips, Esq., bknotice@mccarthyholthus.com
David M Goodrich (TR), trustee, dgoodrich@wgllp.com
Kelly M Kaufmann, c/o Darn M. Schlecter, esq., bknotice@mccarthyholthus.com
United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **9/24/20**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell, via personal delivery to judge's chambers

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/24/20 | Bryan K. Theis | *Bryan K. Theis* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                   **F 9013-3.1.PROOF.SERVICE**