### DECLARATION OF DANNY SIAG

I, DANNY SIAG, declare:

1. I am personally aware of all facts set forth in this declaration, and if called upon to do so, I could and would competently testify thereto in a court of law or administrative proceeding.

2. I am a manager of OS Susnet LLC ("Debtor"). As such, I am generally aware of the facts and circumstances as to the facts in the bankruptcy case, *In Re OS Susnet LLC*, CACB Case No. 2:20-bk-16399-BR.

3. Myself, Danny Siag, and my sister, Osnath Siag ("Managers") are the only managers of Debtor. Debtor is manager-managed.

4. Debtor owns a one asset, a large single family residence valued at approximately $6 million.

5. A true and correct copy of the operating agreement of Debtor is attached hereto and marked as **Exhibit A**.

6. Mr. Ezra Ozeri is a *member* of Debtor, and owns a fifty percent (50%) stake. Mr. Ozeri has never been a manager of Debtor.

7. On July 15, 2020, I understand that Mr. Ozeri filed this instant bankruptcy case. Although OS Susnet and I did not approve of the filing of the bankruptcy case, we have ratified it, because bankruptcy protection is advisable for the immediate management and restructuring of Debtor's debts.

8. Mr. Ozeri has <u>falsely</u> claimed to me and to others that he is a manager of Debtor. Ozeri has hired Attorney Eric Bensamochan, ostensibly on behalf of Debtor.

9. If the Motion for Relief brought by creditor Toorak Capital Partners, LLC is granted, Debtor's only asset will be subject to an immediate foreclosure sale.

10. If this motion to substitute counsel is heard on regular notice, the Motion for Relief will be heard on October 13 prior to the motion to substitute.

11. Managers intend to file a motion to convert this instant bankruptcy case to Chapter 11. The motion to convert is necessary in order to reorganize the loans on Debtor's

property. Debtor will demonstrate that the property is amenable to Chapter 11 and that the projected income is sufficient to pay all expenses and debts.

12. I have received a notice of a Rule 2004 examination. I will fully cooperate with the trustee assigned to this case, including answering questions at the forthcoming 2004 examination.

13. In due time, I will demonstrate that all liens and claims on Debtor's property are legitimate and supported by documentation.

14. I have the authorization of co-manager Osnath Siag to speak and act on her behalf with regard to OS Susnet LLC.

15. I hereby swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED this 23rd day of September, 2020.

_____
Danny Siag, declarant

Motion of Board of Managers to Substitute Counsel; *In Re Os Susnet LLC*