**DECLARATION OF BRYAN THEIS**

I, BRYAN THEIS, declare:

1. I am personally aware of all facts set forth in this declaration, and if called upon to do so, I could and would competently testify thereto in a court of law or administrative proceeding.

2. I am an attorney at law, licensed to practice law in all of the courts of the State of California, and before this United States Bankruptcy Court for the Central District of California. My license, California State Bar number 209068, is in good standing.

3. I represent Danny Siag and Osnath Siag ("Managers"). As such, I am generally aware of all of the facts and circumstances concerning the Managers' interest in OS Susnet LLC, and in this above-captioned bankruptcy case.

4. On September 11, 2020, I wrote a letter to Mr. Bensamochan on behalf of Managers, instructing him as to the true facts and circumstances as to the Board of Managers and the operating agreement for Debtor. A true and correct copy of said letter, including attachments, is submitted herewith and marked as **Exhibit B**.

5. On September 15, 2020, I received an email message, apparently from attorney Bensamochan in response to my letter. The email advised that Mr. Ozeri has instructed Bensamochan not to sign the substitution of attorney document. A true and correct copy of said email response is submitted herewith and marked as **Exhibit C**.

6. I hereby swear under penalty of perjury under the laws of the State of Califonria and of the United States of America that the foregoing is true and correct.

DATED this 23rd day of September, 2020.

*[signature]*

Bryan Theis, declarant