## In re: OS Susnet LLC

**Eric Bensamochan** <eric@eblawfirm.us>  Tue, Sep 15, 2020 at 5:06 PM
To: Theis Law Group PC <bryan@theislaw.com>
Cc: Bahram Madaen <ssiroos@hotmail.com>, "David M. Goodrich" <dgoodrich@wgllp.com>

Gentlemen,

I hope this email finds you both well. I have also copied the Chapter 7 trustee.  As of the writing of this email, Mr. Ozeri (LLC Member) will not consent to any substitution.  This is in line with the operating agreement (section 4.1).  I have also filed the attached emergency motion requesting the court to ratify the filing of the case.

I image that Mr. Siag is now directly represented, so I will leave it up to you to provide him with a copy of the attached motion.

Thank you,

Eric


Eric Bensamochan, Esq. SBN 255482

The Bensamochan Law Firm Inc.

30851 Agoura Rd. Suite 114

Agoura Hills, CA. 91301

Phone: (818) 574-5740

Fax: (818) 961-0138

eric@eblawfirm.us

NO TAX ADVICE: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

Privileged And Confidential Communication.

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited

📄 **Filed Emergency Motion.pdf**