David M. Goodrich
 *dgoodrich@wgllp.com*
650 Town Center Drive. Suite 600
Costa Mesa, CA 92626
Telephone: (714) 966-1000

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>OS SUSNET LLC<br><br>    Debtor. | Case No. 2:20-bk-16399-BR<br><br>Chapter 7<br><br>**NOTICE OF CONTINUED §341(a) MEETING OF CREDITORS**<br><br>Date:  October 29, 2020<br>Time:  11:00 a.m.<br>Place:  Zoom Meeting |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** the continued 11 U.S.C. §341(a) meeting of creditors (also known as the § 341(a) meeting) will take place **BY ZOOM**.

**PLEASE TAKE FURTHER NOTICE THAT** prior to the meeting, you should install the Zoom application on your electronic device. If you are having issues with Zoom or questions regarding the meeting, please contact the Trustee's administrator at lrobles@wgllp.com.

**PLEASE TAKE FURTHER NOTICE THAT** to join the Zoom meeting, parties should use the following url link, meeting ID, passcode and, if joining by telephone, the following telephone number(s):

https://us02web.zoom.us/j/85225552890?pwd=TjNkd2FVUU9LVlczeHFSVWpHejZHZz09

Meeting ID: 852 2555 2890
Passcode: 919304

Dial by your location (the preceding meeting ID and passcode are necessary to access by phone)
    +1 669 900 6833 US (San Jose)
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 301 715 8592 US (Germantown)
    +1 312 626 6799 US (Chicago)
    +1 929 205 6099 US (New York)

    Find your local number: https://us02web.zoom.us/u/kc3XX1IrrY

DATED: October 7, 2020                    /s/ David M. Goodrich
                                          David M. Goodrich
                                          Chapter 7 Trustee

PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 600, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUED §341(a) MEETING OF CREDITORS** will be served or was served (a) on The judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 7, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Eric Bensamochan    eric@eblawfirm.us, G63723@notify.cincompass.com
- David M Goodrich (TR)    dgoodrich@wgllp.com, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@wgllp.com
- Kelly M Kaufmann    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- Harris M Madnick    hmmadnick@kramarmadnick.com
- JaVonne M Phillips    bknotice@mccarthyholthus.com, jphillips@ecf.courtdrive.com
- Daren M Schlecter    daren@schlecterlaw.com, assistant@schlecterlaw.com
- Bryan K Theis    bryan@theislaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

2. SERVED BY UNITED STATES MAIL:
On , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 7, 2020 | Lorraine L. Robles | */s/ Lorraine L. Robles* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |