David M. Goodrich
   dgoodrich@wgllp.com
650 Town Center Drive. Suite 600
Costa Mesa, CA 92626
Telephone: (714) 966-1000

Chapter 7 Trustee

**FILED & ENTERED**

**MAY 25 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:20-bk-16399-BR |
| OS SUSNET LLC, | Chapter 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF KELLER WILLIAMS STUDIO CITY AS REAL ESTATE BROKER** |
| | [Relates to Dkt. ] |
| | [No Hearing Required] |

     David M. Goodrich, the duly appointed, and qualified and acting g Chapter 7 Trustee ("Trustee") of the bankruptcy estate of OS Susnet, LLC filed an Application for Order Authorizing Employment of Keller Williams Studio City as Real Estate Broker to Market and Sell Real Property [Docket No. ]. This Court, having considered the Application, all papers and documents submitted in support of the Application, and after having received no opposition or a request for hearing, notice of the Application having been timely and properly served on all necessary parties; and good cause appearing therefore,

**IT IS ORDERED** that:

1. The Motion is granted in its entirety; and

2. The Trustee is authorized to employ Keller Williams Studio City as the Trustee's real estate broker under 11 U.S.C. §327(a) as of the date of service were first performed and on the terms stated in the Application.

### ###

Date: May 25, 2021

*Barry Russell* (signature)

Barry Russell
United States Bankruptcy Judge